397 A.2d 1248

Commonwealth v. Patterson, Appellant.

Submitted June 19, 1978.

Helen T. M. McCaffrey, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HESTER, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.

397 A.2d 1248

Smith, Appellant, v. Boris et al.
Petition for Allowance of Appeal Denied Feb. 26, 1979.

Argued September 12, 1978.  M. Pinsly, for appellant; William R. Mosolino, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.